**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                         Case No. _____

RODRIGUEZ DELGADO, LUIS & SANTIAGO LOZADA, AIDA I                      Chapter **13**
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/27/2015**                    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                    Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **440.00** x **39** = $ **17,160.00**
$ **560.00** x **21** = $ **11,760.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **28,920.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **28,920.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **SCOTIABANK**   Cr. _____   Cr. _____
# **8155**   # _____   # _____
$ **22,628.10**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,855.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE WILL PAY ATTORNEYS FEES FIRST AFTER THE CONFIRMATION OF PLAN.**

**TRUSTEE WILL PAY SCOTIABANK (ACCT. 8155) 150.00 AS ADEQUATE PROTECTION UNTIL THE CONFIRMATION OF PLAN.**

**DEBTORS WILL PROVIDE INSURANCE TO SCOTIABANK (ACCT. 8155) THROUGH THE CHAPTER 13 PLAN.**

**DEBTOR SURRENDER SHARES TO COOP A/C YABUCOA.**

**STEP-UP PAYMENT WILL COME UPON THE MATURITY DATE OF RETIREMENT LOAN.**

Signed: **/s/ LUIS RODRIGUEZ DELGADO**
            Debtor

**/s/ AIDA I SANTIAGO LOZADA**
Joint Debtor

Attorney for Debtor **Adela L Torruella Law Offices PSC**                    Phone: **(787) 713-1892**

CHAPTER 13 PAYMENT PLAN